No. 350, Misc. ADAMSON *v.* CALIFORNIA. Supreme Court of California. Application for stay of execution denied. Certiorari denied. *Morris Levine* for petitioner.

FEBRUARY 9, 1948.

No. 284, Misc. HARRIS *v.* NIERSTHEIMER, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 59. LOFTUS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari granted. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 233, Misc. PATERNO *v.* LYONS, COMMISSIONER. Court of Appeals of New York. Certiorari granted. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Irving I. Waxman,* Assistant Attorney General, for respondent.

No. 472. CAMP, ADMINISTRATRIX, *v.* THOMPSON, TRUSTEE; and
No. 517. THOMPSON, TRUSTEE, *v.* CAMP, ADMINISTRATRIX. C. C. A. 6th. Certiorari denied. *Walter P. Armstrong* and *R. G. Draper* for petitioner in No. 472 and respondent in No. 517. *Edward P. Russell* for petitioner in No. 517 and respondent in No. 472. Reported below: 163 F. 2d 396.